IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BART JASON HEATHCO, | : |
| Plaintiff, | : |
| vs. | :    CIVIL ACTION 21-00064-KD-N |
| SAM COCHRAN, et al, | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (doc. 9) made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.

Accordingly, this action is DISMISSED without prejudice for failure to prosecute and to comply with the Court's Order.

DONE and ORDERED this 19th day of July 2021.

                                                                                                    s / Kristi K. DuBose
                                                                                                    KRISTI K. DuBOSE
                                                                                                    CHIEF UNITED STATES DISTRICT JUDGE