IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BART JASON HEATHCO, | : |
| Plaintiff, | : |
| vs. | :    CIVIL ACTION 21-00064-KD-N |
| SAM COCHRAN, et al, | : |
| Defendants. | : |

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that this action is DISMISSED without prejudice for failure to prosecute and to comply with the Court's Order.

DONE and ORDERED this 19th day of July 2021.

s / Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE